[No. 36079-5-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK KINGHO TSUI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00897-2, Richard J. Thorpe, J., entered February 3, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.

[No. 37605-5-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TERANCE HAINES FINLAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03017-0, Richard M. Ishikawa, J., entered November 6, 1995. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Baker and Agid, JJ.

[Nos. 38177-6-I; 38190-3-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WILLIAM MOORE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LORI K. MOORE, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 94-1-01374-7 and 94-1-01375-5, Larry E. McKeeman, J., entered January 26, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Cox, JJ.

[No. 38414-7-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN H. FUNK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02842-6, Richard M. Ishikawa, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Coleman, J.